The Honorable Judge Cristian Stevens
United States District Court
Eastern District of Missouri


Your Honor,

    My name is Chasten Michael Elliott. I have known Cory Elliott for my entire life, for the past 31 years, as her son. I respectfully submit this letter as a character reference to share my firsthand experience of who my mother is and the values she lives by.

    To know Cory Elliott is to experience love in action. Throughout my life, I have watched my mother lead with integrity, accountability, and an unwavering commitment to service. She is a woman led by purpose and compassion, someone who consistently chooses responsibility and care for others even when doing so is difficult or personally costly.

    One example that stands out is how she helped A▬▬ O▬▬, one of the first employees she hired when no one else would give him a chance. A▬▬ was in his twenties and rebuilding his life. Through my mother's mentorship and her commitment to teaching trade skills, he became a journeyman roofer and eventually went on to start and run his own company. I personally witnessed how her belief in him gave him a genuine opportunity to reenter society, support himself, and build a future when few others were willing to take that risk.

    I have also seen my mother take responsibility during moments of significant hardship. During a period when her company faced serious financial strain, she made the decision to personally cover payroll out of her own earnings to ensure her employees were paid on time. She chose to absorb the burden herself rather than allow the men and women who depended on that income to experience instability. I witnessed her consistently place fairness and responsibility above her own financial security.

    Over the course of my life, my mother has devoted herself to service on a scale I rarely see matched. She has served on more than 15 boards, helped raise millions of dollars for Saint Louis communities, and consistently dedicated her time to causes focused on restoration and opportunity. This includes her work with Lets Start supporting formerly incarcerated women reentering the workforce, the Saint Louis Hazardous Relief Fund, and multiple mission trips to Belize, Jamaica, and Mexico. Service is not something she does occasionally. It is how she lives.

EXHIBIT E

  In the past several months, I have witnessed her resilience in ways that further define her character. After surviving a house fire, undergoing more than 18 surgeries and counting, and losing nearly everything, she has continued to show up for those she cares about. Even while enduring physical pain and personal loss, she remains focused on supporting others, demonstrating grit, perseverance, and an extraordinary will to keep going when it would be understandable to retreat.

  On a personal level, my mother has consistently shown up for me throughout my life. When I struggled in school, she personally sat down and tutored me until I improved. When I was nervous about public speaking, she brought me with her to her speaking engagements so I could learn by example. When I faced the difficult decision to pivot careers, she taught me how to let go of one path and cultivate another with confidence and resilience. The standard of excellence I hold myself to today is a direct reflection of her guidance.

  My mother understands the gravity of this moment. She has taken responsibility in her oversight and remains committed to accountability, growth, and continued service. Based on everything I have witnessed over my lifetime, I do not believe she is a threat to society. I believe she is someone who consistently strengthens it.

  I respectfully ask the Court to consider leniency and a fair, compassionate sentence based on the person I know, a woman whose life has been defined by service, resilience, integrity, and lifting others even in her own hardest moments.

Thank you for your time and consideration.


Respectfully,

*[signature]*

Chasten Michael Elliott
Phone ▮▮▮▮▮▮▮▮▮▮
Email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮