

The Honorable Judge Cristian Stevens
U.S. District Court
Eastern District of Missouri

Dear Judge Stevens,

My name is Melanie Powell-Robinson. I write with humility and respect in support of Coretta (Cory) Elliott, whom I have known for more than thirty years. We met while we were both students at Saint Louis University, and our relationship has continued through shared service, leadership, and deep personal trust over several decades. I write to offer the Court an honest account of the person I have consistently known and observed over many years.

From the time I met Cory in college, she was widely recognized as a leader who took responsibility for others seriously. She served four years on the Student Government Association and held leadership roles on multiple student councils. Even then, she demonstrated a strong commitment to education and civic engagement, coordinating visits from nationally recognized historians to enrich campus learning. She also worked directly with Father L█████ B████, the University's Chancellor at the time, helping to build student support for his vision of expanding the campus. These efforts reflected her belief that higher education and informed leadership are essential to strengthening communities.

Our bond deepened when we became sorority sisters in Delta Sigma Theta Sorority, Inc., an organization rooted in public service. I worked alongside Cory on service projects in economically challenged communities throughout St. Louis, where I personally witnessed her approach service with preparation, humility, and respect for the dignity of those served. That commitment later extended into her leadership and board service with Let's Start, a nonprofit focused on interrupting recidivism among women in St. Louis. Her involvement was not symbolic; it was hands-on, mission-driven, and consistent with her long-held values of accountability and opportunity. She continued to serve on a multitude of boards in the region, serving in leadership positions, including Chair.

Throughout her professional life, Cory has demonstrated resilience and responsibility in demanding roles. She navigated motherhood, raising twins, while completing her undergraduate and master's degrees, never stepping away from her obligations. Later, as an administrator in a major healthcare system, she rose through the ranks and was entrusted with leading hospitals tasked with achieving greater stability and sustainability. She, her husband, and children relocated multiple times to support these efforts, and she became known for her ability to strengthen systems facing serious operational challenges. This pattern of showing up, learning complex systems, and leading with integrity has remained constant.

I also want to share a more personal experience that speaks to Cory's discernment and care for others. During a period when I believed nearly everything in my life, both personally and

professionally, was unraveling, Cory recognized that what I was experiencing went beyond sadness. At a time when mental health awareness was not openly discussed, particularly among professionals and African American women, she encouraged me to seek appropriate help and to address the underlying causes of what I was experiencing. Cory supported me both personally and professionally throughout that season, offering steady counsel and encouragement without judgment. Her guidance during that time was invaluable, and those experiences have since shaped how I support and advise other leaders who face similar challenges and obstacles.

On a personal level, Cory is someone I trust without reservation. She is the godmother of my two children and has been a steady presence in their lives since birth, offering guidance, encouragement, and wisdom during both ordinary and difficult moments. As a fellow business owner, I have also benefited from her mentorship and encouragement during periods of uncertainty and market challenges. I have learned much from her endurance, consistency, and strength of character.

Across every role I have known her to hold, student leader, community servant, executive, entrepreneur, mentor, and mother, Cory Elliott has demonstrated integrity, accountability, and a sustained commitment to others. The person I know is defined not by a single moment but by decades of service, leadership, and responsibility.

I respectfully ask the Court to consider a compassionate sentence based on the person I know and the life she has consistently led.

Thank you for your time and consideration.

Respectfully,

Melanie Powell-Robinson, Principal
Revision Connections Group