Dorlita Amanda Johnson-Adams

January 21, 2026

The Honorable Judge Cristian Stevens
United States District Court
Eastern District of Missouri

Dear Judge Stevens,

I write in support of Ms. Cory Elliott, whom I have known since January 1992. Over more than thirty years, I have come to know Cory as a woman of integrity, compassion, and consistent commitment to others. I currently serve as an elementary school principal, a role that requires sound judgment and accountability. This letter is written in my personal capacity.

Cory has supported me consistently in my personal and professional endeavors. One of the most meaningful demonstrations of her character occurred during my diagnosis and treatment for breast cancer in 2017. During that time, Cory regularly checked on me, ensured meals were provided when my strength was limited, and offered steady emotional support. Most significantly, she was present when I rang the bell marking the completion of my treatment. Following treatment, as I experienced ongoing joint pain related to medication, Cory continued to provide encouragement and support as I navigated recovery.

Cory's compassion has extended well beyond my own experience. In 2019, following the tragic loss of my only child, Cory remained a constant presence, offering unwavering support, care, and understanding during one of the most difficult periods of my life. Her willingness to stand with me through grief, illness, and recovery reflects a depth of character that is genuine and enduring.

I have also consistently observed Cory conduct herself with dignity and accountability, particularly in challenging circumstances. She does not avoid responsibility or deflect difficulties onto others. Instead, she approaches situations thoughtfully, reflects on her actions, and moves forward with integrity. These qualities have remained constant throughout the many years I have known her.

Based on my long-standing relationship and firsthand experiences, I firmly believe Cory is a person of integrity, service, and accountability, defined by a lifetime of consistent care for others rather than a single circumstance.

I respectfully ask the Court to consider leniency based on the person I know Cory to be and the values she has demonstrated over time.

Thank you for your time and consideration.

Respectfully,

*Dorlita Amanda Johnson-Adams*
Dorlita Amanda Johnson-Adams

EXHIBIT G

