November 5, 2025

In early 2014, I started PEOPLE as a way to introduce the minority contracting community to the major players in the design and construction industry in the St. Louis marketplace.

The idea behind PEOPLE was to fill a room with minority contractors, general contractors, trade contractors, owners, professionals, city, county and other industry leaders and get everyone to mix it up with each other, get to know each other, love and trust each other, and ultimately to work with each other.

Cory Elliott came to my first PEOPLE meeting, and this was the first time we met. She was a leading voice that evening at the old Alberici headquarters in Hillsdale and she has been a leading voice to minority and women-owned firms ever since. She has helped so many firms find the right road and she has always stood out as a leader and an inspiration to new and emerging minority business owners trying to get a foot hold in the construction industry.

I have worked with Cory over the years as a business advisor, sometimes very close, sometimes just as a friend in need. I have always found Cory to be truthful, honest, ethical, caring, and professional in every way. She may have pushed the boundaries many times looking for ways to improve her company but always in an ethical way, always upfront with her lenders, always willing to share her financial statements, as well as any information on her business transactions. She was also the first in line to reach back and help others.

In the pre-pandemic months of 2020, I formed WBEDC (*Women-Owned Business Enterprises of Design & Construction*) and Cory was an instant leader in that group, assisting many small to mid-size women owned firms in finding success. She was always held in high regard by all who knew her and worked with her.

There is a lot of unnecessary pressure placed on trade contractors in our industry with the changed pay practices of the major owners in our marketplace. When it takes an owner 45 to 60 days, and sometimes up to 120 days to pay for construction put in place, it causes business owners to lose their grip on their business, unable to think clearly, unable to focus on managing their business, searching for any way available to meet the demands of every Friday payrolls and every month union benefits. The pressures of money cause many of my minority owned business friends to take escape routes outside of the norm. You mix in a pandemic and a screeching halt to business along with the government offering such huge lifelines, and it is easy for me to understand how good business sense could take a back seat. Certainly not acceptable, but understandable—at least when you know the challenges of minority businesses as well as I do.

It was a sad day for me watching Cory respond to the judge's very detailed and pointed questions.  It was a sad day for all of Cory's friends and supporters; it was a sad day for our industry.  Cory is a good person, always has been.  She raised a family of highly responsible kids, all out making their way in the world, all who will be highly successful.  She is a woman of faith, of high morals, and a responsible and engaged member of the communities in which she lives and works.

Unfortunately, I feel that Cory was unduly influenced by others that were whispering in her ear.  Her management, put in place with her businesses, betrayed her in very damaging ways, which added greatly to her money woes.  The pressures of the roofers and laborer's unions for unpaid past benefits added to the stress of making her business work financially.  I fear that other business advisors were also not quite as ethical, open, and forthright as Cory.  I am not looking for excuses, just rationalizing some very real explanations in my mind.  I know Cory well enough that she is not looking for excuses either.

In my view, Cory has been punished enough.  She is a very proud woman, and she has been humbled greatly.  What benefit would it be to anyone, including us taxpayers, to lock her away from society and destroy her mentally and physically?  It is my sincere hope that this judge can find a way to let Cory continue to heal her mind and body and regain her composure and play an important role in our community once again.  Standing up to her missteps in front of family and friends, publicly marked as a felon for life, and managing the pain of multiple surgeries from her house fire, I strongly suggest that probation of some length to a proud woman like Cory is a just sentence.

Please pass my thoughts on to the presiding judge and if time and procedures allow, count me in for live testimony in support of Cory on judgement day.

Respectfully,

**PEOPLE of Construction**


Ron Unterreiner
President