MARY A QUIGG
(FORMER CHAPTER CHAIR, WPO, AND BUSINESS OWNER)

JANUARY 20, 2026

TO: THE HONORABLE JUDGE CRISTIAN STEVENS
US DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

I am writing on behalf of Cory Elliott whom I have known for more than a decade, initially as a new member of The Women's Presidents Organization, and later as a valued colleague, friend and mentor.

I personally witnessed:

1. Cory's confidential presentations to the members of our WPO group. We shared our success stories, our hardships, our challenges and how we overcame problems. Cory provided valuable insight to others and shared her wisdom freely. Cory also accepted feedback, took advice from others, and reported back outcomes. She did the right thing, even during the toughest of times, whether it was a contract dispute, an employment issue, a banking relationship, or unfriendly competition.
2. Her love for others. When one of our members (T K, MD) was suffering from cancer and then later died of her disease, Cory made time for T and her family and loved her through business challenges and family issues. Cory was asked to give the eulogy at T's Memorial Service.
3. Her strength and humility. Cory received many honors and awards as a successful entrepreneur yet remained approachable and willing to help anyone who needed her guidance.
4. Her friendship. Cory became a friend. I spent time in her home, met her parents and children, attended church with her, shared time and tears. Cory is reliable, dependable and keeps her word.

I respectfully ask the Court to consider leniency and a fair and compassionate sentence based on the person I know. Cory has endured tragedy and has so much to give back to our hurting world.

Thank you for your thoughtful consideration.

Sincerely,
Mary A. Quigg

EXHIBIT I