

**Rowe Law Office, LLC**

January 20, 2026

The Honorable Cristian M. Stevens
United States District Court
Thomas F. Eagleton Courthouse, Room 10S
111 South 10th Street
St. Louis, MO 63102

Re: Coretta "Cory" Elliott, Case No. 4:25-cv-00558 CMS

Your Honor:

I am writing this letter on behalf of Cory Elliott.

I have known Cory since 2014, when she joined one of the St. Louis chapters of the Women Presidents Organization ("WPO"). WPO is a membership organization composed of women who own and control successful businesses. I remained a member of WPO until June of 2025. Our chapter met monthly to discuss the challenges each member confronted in operating a business. Because many of our members were both raising children and caring for aging parents, we also learned about each member's personal and family life. Cory was a valued member of the group.

I had an opportunity to hear about Cory's struggles running a business. However, it was clear that her primary concern was raising her four children. As a divorced mother, she worked to make sure that her children maintained a positive relationship with their father. However, it was clear that she had the main role in raising her children. Several of her children had significant medical issues which required her to take time off work. Even as they have become young adults, it is clear that they have remained dependent upon her for support and guidance.

In 2018, T▮▮▮ K▮▮▮ M.D., a WPO member, died after a year of cancer treatment, leaving two teenaged children. Throughout T▮▮▮▮'s treatment and hospitalization, Cory was a constant emotional support. She and T▮▮▮ grew so close that T▮▮▮ asked Cory to conduct her memorial service.. I offer this as an example of how Cory is able to connect with others on a personal level.

As you will likely know, in January of last year, Cory was burned in a house fire. She had third degree burns on her face, and her eye and hand were also burned. At some points, it appeared that her hand might have to be amputated and that she might lose her eye. Her face was also disfigured. She was in great pain and had many surgeries. Her injuries were so severe that she was unable to have visitors (due to the risk of infection) for many months. WPO kept in touch with Cory. Cory has

Susan Nell Rowe | *Attorney at Law* |

EXHIBIT J

never expressed despair or anger about her injuries. Rather, she has been remarkably upbeat. She constantly expresses gratitude for our communications, and most importantly, gratitude that her life has been spared. Her attitude has had a profound impact upon me, and, for me, she is a model of courage in the face of personal adversity.

I understand the seriousness of the crimes which Cory has pleaded guilty to, and the need for Cory to be held accountable. I am writing to let you know that incarceration would be devastating for Cory and her family and friends, and to let you know the positive impact Cory has had on me.

Thank you for taking time to read this letter.

Sincerely,

*Susan Nell Rowe*

Susan Nell Rowe
Rowe Law Office, LLC

▉