The Honorable Judge Cristian Stevens
United States District Court
Eastern District of Missouri

Re: Sentencing Letter of Support for Cory Elliott

Your Honor,

My name is An'namarie Baker. I respectfully submit this letter in support of Cory Elliott, whom I have known personally for more than ten years. Cory has been a significant and steadfast presence in my life and in the life of my family, through both seasons of joy and profound loss.

From the time I met Cory, she has been a loyal and genuine friend. She never hesitated to show up for me or my family, whether in moments of celebration or in times of hardship. Her support was never conditional, performative, or fleeting—it was consistent, sincere, and rooted in care for people.

One of the most meaningful examples of Cory's character is the relationship she built with my youngest son, D███. D███ truly loved "Ms. Cory," as he affectionately called her. After Damion graduated from college, Cory took it upon herself to help him advance his career. She introduced him to Local 42 in St. Louis, opening a door that D███ would not have otherwise had access to. Because of that opportunity, D███ went on to build a successful career in construction and later became a dual cardholder, joining Local 513 as a heavy equipment operator. Cory's willingness to invest in a young man's future had a lasting and tangible impact on his life.

In July 2022, my son D███ was tragically killed in downtown St. Louis. In the immediate aftermath of that loss, Cory was the first person to come to my home. She did not wait to be asked. She did not hesitate. She simply showed up and became exactly what was needed in the middle of unimaginable grief. Her presence was steady, compassionate, and grounding during the darkest moment of my life.

In the years since D███'s death, Cory has remained a firm fixture in my world. She did not disappear once the immediate crisis passed. She has continued to walk alongside me with care, consistency, and respect, demonstrating a depth of character that I have personally witnessed over more than a decade.

Based on my direct and long-standing relationship with Cory, I know her to be a person who values people, shows up when it matters most, and lives with integrity and accountability. I respectfully ask the Court to consider leniency and a fair and compassionate sentence based on the person I know Cory to be and the impact she has had on my life and my family.

Thank you for your time and consideration.

Respectfully submitted,

An'namarie Baker

EXHIBIT K