Dear Honorable Judge Stevens,

My name is Ann Zeffert. I am Coretta (Cory) Ann Elliott's mother. Thank you for taking the time to read this letter. I am writing to ask that she be given leniency in her upcoming sentencing.

Cory was raised in a two-parent household by college educated people. She attended private and public schools, and holds two Master degrees. She is a mother of four, and has provided them with quality educations.

Cory has always been a hard worker. As a young adolescent, she worked as a "Candy Striper" in a local hospital and a produce market on weekends. During her teenage years, she worked in an out-patient clinic at St. Louis University, as an office assistant. Also, at Cardinal Glennon Children's hospital in the reception area.

Cory is a "leader". During her undergraduate studies, she was involved in numerous activities, including being president of a student organization. Later, she served on numerous boards and received awards for her achievements and contributions for her work in the community. I once jokingly said, "Attending Cory's awards and recognitions events are like having a part-time job."

Cory has always had a lot of friends and acquaintances. She has been someone who many admire. Once while I was traveling for business, I met a young woman who was my seat mate. Through our conversation we discovered that she knew Cory. From the time she realized that I was Cory's mother, until the plane landed, she emphasized how much she respected and idolized Cory. It is my understanding that this woman is now a Vice President at a hospital.

During a routine physical in 2024, I was diagnosed with an early-stage illness that required surgery. Cory and all of her children were very attentive during and throughout my post-operative care.

As you are aware, in 2025, Cory was severely injured in a house fire. She is no longer the independent person she was, and will require much more high quality, medical attention to regain her physical and mental well-being.

I am asking that you grant her leniency in her sentencing. I feel that jail would be a cruel punishment for someone in her condition. Cory has been a contributor to the community and will continue to be in the future.

Again, I respectfully appreciate your time and consideration.

Sincerely,

Ann Zeffert

PH: ▮▮▮▮▮▮▮▮▮▮   Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮

EXHBIIT L