# Coretta "Cory" Miller-Elliott

Cedric A. Shields Sr
MeriComm Wireless, LLC
C.S. Enterprises
C.S. Solutions
&
44 yr plus REAL Friend

To whom it may concern and of authority,

- Cory supported me during any time I needed to contact her and she was available. I have several times, she was the only one that answered my call, was available or had the means and utilized them to assist me and my 3 sons, I support mainly by myself, since my youngest was 2 years old and is now 14. Coretta has taken my family into her heart and has followed through as she has told me she would many times.

Cory was one of my best clients that I was able to listen and provide services to help support her business that I saw her make a priority for her employees even when times were challenging because she knew they had families to support and they worked well to support and grow her business and do their part as team members. I truly feel that Cory has given timeless hours of service to the community, unwilling to settle for less when it came to achieving the goal to provide her customers top tier service safely and with great character and workmanship.

Cory has supported her family and still made time to be a great example for the community and helped minorities see what it means to start something and build it with integrity.

Exhibit M

If I had one word to describe Cory, it would be SOLID. No matter what, she has kept a smile on her face and stood up to her responsibilities and stayed accountable if challenged on anything that could be given or up for discussion to the best of my ability and remembrance when anything came about during our business or personal endeavors and time spent with each other.

I am honored to give just a bit of information from my recollection in my memory bank and am proud to call Coretta Cory Miller-Elliott my friend for over 44 years.

Cory has given so much to me and others that she cannot be repaid and I know she would not even think to ask because of her heart and understanding for Service, Also a member of the Distinguished Delta Sigma Theta Sorority International Organization that I had the pleasure of making her something out of wood for that occasion. I didn't do that for many. Silent but powerful and loving talent, God has given me.
Please accept my letter with love, care and truth.

Sincerely and Kind Regards,
Cedric A. Shields Sr.

C.S. Solutions