The Honorable Judge Cristian Stevens
United States District Court
Eastern District of Missouri

Dear Judge Stevens,

My name is Eliza Simington, and I respectfully submit this letter in support of Corey Elliott, whom I have known for over ten years. We met through an owners' industry meeting connected to BJC Healthcare and developed a lasting relationship grounded in professional respect and personal trust. Over the years, I have known Corey as a colleague, a business leader, and a close friend.

I have consistently witnessed Corey demonstrate integrity, accountability, and resilience—especially during moments when it would have been easier to walk away.

As a small business owner for more than a decade, Corey repeatedly chose responsibility over self-interest. I personally observed her continue work on projects where payment was delayed or never received. Despite financial strain, she ensured her employees were paid and that projects were completed properly. The impact was real: employees kept their livelihoods, work was delivered ethically, and commitments were honored even when it came at personal loss. That is not the behavior of someone avoiding responsibility—it is the behavior of someone who takes it seriously.

Corey's leadership extends beyond her business. She has served on multiple boards throughout the greater St. Louis metropolitan area to help women- and minority-owned businesses gain access to contracts and opportunities that are often difficult to reach. Through her advocacy, she helped create funding pathways that strengthened businesses and supported families within the community. Much of this work was done quietly, without recognition, because her motivation was impact—not praise.

On a personal level, Corey has shown deep compassion and selflessness. During a difficult period in my life following a failed engagement, she offered consistent support and encouragement. Without my knowledge at the time, she also stayed in close contact with my mother to ensure I was okay. Knowing that she carried concern for my well-being while managing her own responsibilities is something I will always remember.

I have also seen Corey show up for her own family under difficult circumstances. Even while navigating strained relationships, she traveled to help her sister when she was overwhelmed. Despite emotional distance, Corey chose care over conflict. This willingness to show up for others—even when it is hard—defines who she is.

Over the years, I have watched Corey endure setbacks that would discourage many: financial losses, contracts reduced or withdrawn, limited access to capital, employee turnover, and unfair treatment. Yet she continued to show up, meet her obligations, and

Exhibit N

move forward with dignity. She does not blame others or diminish those around her. Instead, she allows herself time to process difficulty, then returns to her work with focus and resolve.

Based on the person I know—someone who has consistently demonstrated responsibility, compassion, and service to others—I respectfully ask the Court to consider leniency and a fair, compassionate sentence. Corey Elliott is more than the circumstances before the Court; she is a person who has contributed meaningfully to her community and to the lives of those around her.

Thank you for your time and consideration.

Respectfully submitted,

Eliza Simington
Email: █████████████████
Phone: ████████
Signature: *Eliza Simington*
Date: January 28, 2026