January 21, 2026



To Whom It May Concern,

I am writing this letter in support of Cory Elliott, whom I have known closely since 1992. I offer this perspective with respect for the seriousness of the Court's responsibility and with full confidence in the character of the individual I am describing.

From the moment Cory became a member of our sorority in 1992, she stood out for her leadership, reliability, and commitment to service. Her involvement was immediate and meaningful. Within her first year, she was entrusted with a high-ranking leadership role in the undergraduate chapter, a position earned only by those who demonstrate sound judgment, discipline, and the trust of others. She was respected then, and she remains respected now.

Over more than three decades of friendship, I have observed Cory across every season of life. Her character is consistent. She is loyal, compassionate, and deeply committed to the people in her life. Cory is someone who shows up, not when it is convenient, but when it matters.

When I stepped away from work to care for my mother during her battle with dementia, Cory provided both emotional and financial support during a time when I had no income and few options. When my mother passed away in the midst of the COVID pandemic, Cory was again present, offering strength, stability, and care when I needed it most. Her support was not temporary or conditional. It was steady and sincere.
Cory is also an exceptional mother to her four children. She raised them with intention, structure, and love, ensuring their needs were met, particularly in their education and personal development. Each of her children is successful, self-reliant, and contributing positively to society. Their accomplishments reflect the values she instilled and the example she set.

Throughout her professional life, whether in healthcare or as a business owner, Cory's focus has consistently been on helping others. Her work has always centered on service, progress, and care for people beyond herself. This pattern has defined her life, not a single chapter or circumstance.
I respectfully ask the Court to consider Cory Elliott as a whole person, shaped by decades of service, leadership, and genuine care for others. She is not defined by one moment, but by a lifetime of integrity and impact.

For these reasons, I respectfully request leniency at sentencing. hank you for your time and consideration.

Sincerely,

Monica Henry

Exhibit O