January 20th, 2026

To whom it may concern:

I am writing in reference to my friend Cory Elliott. Cory and I met over 20 years ago while Cory was employed for SSM Hospitals. At the time I was remodeling basements and Cory needed additional space for her family. Our friendship was quickly formed by trust.

I soon realized the value of my friendship with Cory as she had a mindset that a new business owner would come to value. I often would just text or call a quick "what would you do" or "how should I handle this" question to her. Always with a quick response and always with way more information than I thought I needed. She became my trusted "go to" person.

As a proud member of St Charles County, I often volunteered for organizations in our community; One such time I was involved with the St Charles Community College as a Mentor for the Men of Color program. I immediately asked Cory for guidance and insight into how I could help positively shape a young man's mind regarding education, and if it presented itself, life. She was again quick to respond and this time she provided more than information-she made a generous donation to provide scholarships for these young men. The donation would provide tuition and books for several young men.

In May of 2020 I again reached out to Cory for guidance. Our community was divided and as a Leader of the community I wanted to provide an avenue for information and peace. I asked Cory to speak to the 86 other Leaders from St Charles County during a Zoom call about finding balance amongst each other while navigating the hardships that minorities were facing in our communities.

After retiring from the Fire Service, I once again called on Cory for guidance. I started an Insurance Brokerage and without a book of business I needed her knowledge on gaining trust, finding leads and securing the future of the Brokerage. Of course, she came through. Those quick calls and texts grew as my questions and failures mounted with every new business day-She was always there for me.

In recent months our friendship developed even more after the house fire. Our discussion regarding her injuries was much of the conversation, but also the fire damage, the rebuilding process, the needs of her children and next steps. My first visit to her in the hospital was only a few days after the incident; I was so happy to see her. She explained what she remembered, talked about her injuries and the surgeries ahead but soon shifted the focus to me-How was business? She was always thinking of me.

EXHIBIT P

Cory has been a major part of my community involvement, my business and my family for the past 20 years. Her good heart provided several young men an opportunity at a good education, her desire to support the community gave guidance to our current and future Leaders and her loving heart was and still is concerned about seeing other people become successful.

I respectfully as the Court to consider leniency, a fair and compassionate sentence based on the person I know.

Sincerely

Douglas Raines