The Honorable Judge Cristian Stevens
United States District Court
Eastern District of Missouri
111 S. 10th St
St. Louis, Missouri 63102

Re: United States v. Corey Elliott — Request for Leniency

Your Honor:

It is with deep respect and a heavy heart that I write on behalf of my dear friend, Ms. Corey Elliott, who stands before this Court for sentencing. I understand the gravity of this matter, and I do not make this request lightly. I simply wish to share, from personal experience, the kind of woman Ms. Elliott truly is — a woman defined far more by her kindness, generosity, and selflessness than by the missteps that have brought her before you today.

I have had the privilege of knowing Ms. Elliott intimately for over 10 years. During that time, I have seen her demonstrate compassion and empathy that go far beyond what is common. She is the kind of person who gives of herself freely — not because she expects anything in return, but because helping others is at the very core of who she is. Even when facing her own financial challenges, Ms. Elliott has always found a way to support and comfort those in need.

One act of kindness that deeply moved me occurred when a close friend of ours lost her son — a bright young man whose life was taken tragically and without warning. While most people offered condolences, Ms. Elliott offered action. Despite being on a very tight budget herself, she selflessly provided that grieving mother with free office space and the use of her personal vehicle. She did this so her friend could begin rebuilding her life and create a training program in her son's honor. Ms. Elliott never sought recognition or repayment; she simply wanted to help someone heal. That is who she is — someone whose heart always leads her hands.

It is painful to see Ms. Elliott in this difficult position because the actions that brought her here do not define the woman I and so many others know. She has shown me sincere remorse and reflection, expressing a clear desire to make amends and to live in a way that restores faith and trust. I have no doubt she will rise from this experience with deeper understanding and continue being the same giving, compassionate person she has always been — only stronger and wiser.

EXHIBIT Q

Your Honor, I respectfully and earnestly ask that you consider the whole of Ms. Elliott's character — her lifelong pattern of generosity, her unwavering support for others, and her proven ability to lift people up even in her own times of struggle. I believe she possesses both the heart and determination to rebuild her life in a way that honors the lessons she has learned and the values this Court upholds.

Thank you, Your Honor, for taking the time to read my words and for considering this plea for leniency on behalf of Ms. Elliott.


Respectfully submitted,
Dacia Betts