The Honorable Judge Cristian Stevens
U.S. District Court for the Eastern District of Missouri

January 20, 2026

Your Honor,

My name is Donald Rebman and I have known Cory Elliott for 16 years. We met while our daughters were students at the Academy of the Sacred Heart in St. Charles, Missouri. Cory was an active parent and volunteer at the school where she generously gave her time and expertise in the various capacities in which she served.

From the time I first met Cory, one quality that stood out was her dedication to her children and their formation. Her commitment, parental guidance, and leading by example are evidenced in the outstanding adults her children have grown to be.

Cory's two eldest sons graduated from the Academy of the Sacred Heart. Due to changes in her personal life, she had to withdraw her two younger children from the school. She was determined to re-enroll them at the Academy because her personal values for her family aligned with the school's Goals and Criteria–faith, intellectual values, social awareness, building community, personal growth–which supported her "family first" commitment. Through persistence and sacrifice, she ultimately achieved her goal.

Over the years, I made an effort to better understand Cory personally. We shared many conversations about life and about building a relationship with God as a Higher Power. She has faced challenges, and when we spoke about them, our discussions consistently returned to relying on God and accepting His will. I always valued my time with Cory, as she exemplified living life with purpose, prioritizing family, and being a true friend. I knew I could speak openly with her and that she would listen without judgment.

One memory that has always remained with me involves the Academy of the Sacred Heart's Head of School, Sister M▇▇ G▇▇, who was often managing many personalities and distractions from those seeking to be heard. Both Cory and I were strong supporters of Sister G▇. Cory would often tell Sister G▇ that I was her biggest supporter. That small but meaningful act of kindness has stayed with me throughout the years and always will.

I respectfully ask the Court to consider leniency and compassion in the sentencing of Cory Elliott based on the person I know. I truly believe that Cory regrets the decision that led her to this situation and that she will use this experience as a learning opportunity to better herself and her community.

Sincerely,

Donald Patrick Rebman

EXHIBIT R