This is a letter I never thought I would have to write and I definitely never thought I would have to write it on the behalf of Coretta Elliott.

I have known Cory since she was 18. Over the 30 plus years I have known Cory, she has been extremely helpful and kind. I have personally benefited from her kindness. On more than one occasion she has connectted me with other business owners I could help and who;s help I needed. And the deciding factor was our mutual respect for Cory.

Cory is generous, honorable and forgiving to a fault, even to people who have stolen from her. She has been an asset to the community as a mentor to young women and single mothers looking to rebuild their lives.

Sadly, her greatest gift is also her greatest weakness. Cory is way too trusting. Nothing has ever happened that would lead me to believe she would find herself in a situation like this. I remember her telling me on more than one occasion that her main goal was to make sure her employees had healthcare and got paid on time, because they had families. I can even remember times where she took money out of her savings to make sure her payroll was met.

Unfortunately,.a lot of newer business owners get confused and make what seem like good decisions at the moment. But later find out they should have taken a different course of action. Please take in consideration that Cory is not a tax accountant nor is she a tax attorney so mistakes may have been made.. However, Cory is a good person, who's been recognized on more than one occasion for her acts of kindness and her service to her community.

In her haste to help her team and their families did she misread some of the documents? I don't know but that seems more likely based on her track record than her risking her reputation and freedom by knowingly committing a crime.

Your honor, I respectfully and humbly ask that you please show some leniency. My hope is you allow her the opportunity to heal from an horrific fire that almost took her life at home.. That way she can receive the physical and psychological therapy she so desperately needs. Cory being at home takes a huge financial burden off of our legal system.and it allows her to be useful to her community in a service role.

Respectfully,

SaDon L. Long

EXHBIIT S