November 4, 2025

**Marnita Spight**



---

To whom it may concern,

I am writing this letter on the behalf of Cory Elliott, whom I have had the privilege and honor of knowing professionally for over ten (10), and personally knowing as dear friend for the past three (3) years. In that time, I have come to deeply respect her character, integrity, commitment professionally and personally.

Cory embodies responsibility, honesty, professionalism and compassion for the construction industry.  As a minority women colleague within the construction industry, I have tremendous respect for Cory's professionalism.  She has managed to excel, and overcome the many challenges that minority women must endure within this industry.  Her work ethics are truly exemplary, which has made a positive impact on her peers.  In professional setting Cory showcases exceptional dedication, often going above and beyond what is expected.

Over the years I have had the pleasure of also getting to know Cory personally. She is incredibly empathetic and always willing to lend an ear to those in need. She is also an amazing mother to four (4) beautiful children.

This incident does reflect Cory's character. She has always respected the law and others and, has always been supportive and dedicated in assisting others. I humbly ask to take into consideration the positive qualities that define Cory Elliot.  She is truly a remarkably upstanding person.


Sincerely,


Marnita Spight

EXHIBIT T