Jackie Henderson



Date: January 21, 2026

The Honorable Judge Cristian Stevens
U.S. District Court for the
Eastern District of Missouri

Re: Sentencing of Coretta Miller (Cory)

Dear Judge Stevens,

I am writing to respectfully offer a character reference for Coretta Miller as the Court considers sentencing. I have known Cory for 35 years as a close friend. We met in Junior High School and have remained friends over the years.

Throughout the time I have known Cory, I have observed qualities such as being a responsible, compassionate, generous, accountable person. Cory showed her support and generosity during the passing of my mother. She was available to step in and assist my family and I with whatever task we asked of her. We knew that we were in good hands asking Cory to assist us. She took time out of her busy schedule to make sure she showed my family and I compassion during that difficult time. I am truly grateful for her.

I understand that Cory has pled guilty and is before the Court for sentencing. I do not seek to minimize the seriousness of this matter. However, based on my personal experience with Cory, I believe this offense is not a representative of her overall character or values.

Since this incident, I have seen Cory take meaningful steps toward accountability and responsibility. These actions demonstrate to me a sincere desire to learn from this and move forward in a positive and law-abiding manner.

I respectfully ask the Court to consider a fair and compassionate sentence based on the person I have known over the years. Thank you for taking the time to consider my perspective.

Respectfully submitted,

Jackie Henderson

EXHIBIT U