The Honorable Judge Cristian Stevens
U.S. District Court for the Eastern District of Missouri

Your Honor,

I am writing this letter in support of Cory Elliott, whom I have known for approximately thirty-six years. We first met while we were both in college, where our relationship began after attending a Students Together Against Racial Tension (START) discussion that Cory herself organized and facilitated in a dormitory lounge. Even at a young age, Cory demonstrated leadership, empathy, and a commitment to bringing people together across differences.

Cory and I were married for many years and together raised four children. During our marriage, Cory was a loving and supportive wife, but even more notably, she was an exceptional mother. She consistently prioritized our children's emotional, moral, and personal development. Cory instilled in them the importance of integrity, accountability, and compassion, often reminding them to "do the right thing, even if no one was watching." Even after our divorce, we continued to work collaboratively and respectfully as co-parents, remaining united in our commitment to our children's well-being and growth.

Cory also believed strongly in teaching these values through action. She regularly involved our children in community service and civic engagement, ensuring they understood the importance of giving back. They accompanied her to numerous service events connected to organizations such as Let's Start, which supported formerly incarcerated women, and through her long-standing involvement with Delta Sigma Theta Sorority, where she participated in ongoing community service initiatives. Through these experiences, Cory modeled responsibility, service, and leadership in a way that left a lasting impression on our family.

As a result of Cory's dedication and example, our children have grown into well-rounded, civically minded adults who contribute positively to their communities. That outcome is a direct reflection of Cory's character, values, and tireless commitment to doing what is right for others, even when it required personal sacrifice.

While I recognize that the Court must consider the matter before it carefully, I respectfully ask that Cory's lifelong pattern of service, leadership, and devotion to her family and community be taken into account. Cory is someone who has consistently worked to uplift others, mentor those in need, and instill strong moral principles in the next generation.

I respectfully ask the Court to consider leniency/a fair and compassionate sentence based on the person I know.

Thank you for your time and thoughtful consideration.

Respectfully,

Christopher Elliott

EXHIBIT V