Frances Arrey Ferguson

Honorable Judge Cristian Stevens
US District Court for the Eastern District of Missouri
Thomas Eagleton US Courthouse
111 S. 10Th Street
St. Louis, MO 63102

Dear Judge Stevens:

My name is Frances Arrey Ferguson, and I am writing this letter on behalf of Cory Elliott. I have known Cory since the fall of 1990 when we met as freshmen on the campus of St. Louis University. During these years we developed a bond through shared interests and active participation with campus events. We became members of the Black Student Alliance (BSA) where we were both served on the executive board with Cory at the helm as President. As our leader, she was fierce, fair and compassionate. She pushed her board and the members of BSA to make it a cherished organization; not only for African American students, but for all those who care about a well-rounded college experience.

Cory also mentored me in my desire to become a member of Delta Sigma Theta Sorority, Inc. She provided valuable input and since she knew this was a goal of mine, she pushed me to become the best candidate for the organization. When I was fortunate enough to be her sorority sister, she was still there, guiding me and countless others. As the Vice President of the sorority's undergraduate chapter, Cory had many responsibilities and led by example. She did not expect us to do anything that she would not do. In the early 1990s, our sorority participated in anti-drug marches in the Walnut Park community on Friday nights to intimidate the neighborhood drug dealers. Cory was front and center leading chants. Even though she had many commitments, this did not deter her from checking in on us personally. She wanted to know about our grades, relationships, goals and dreams for the future.

After a long illness, my mother passed away in 2018, and I was struggling with my grief. The funeral was mainly a blur, but I clearly remember Cory approaching me after the service and hugging me with love and support. The words she shared with me helped me get through that day and many more. Even during her recent health struggle, Cory still thinks of others and wanted to make sure that another sorority sister was receiving the support she needed during her physical ailment.

Cory has always been the person that genuinely cares about her family, friends and the world around her. I respectfully ask the Court to consider leniency and a compassionate sentence based on the person I admire, respect and love. If you would like to reach me, I can be reached at ▉ or ▉ Thank you for your time.

Sincerely,

*Frances Arrey Ferguson*
Frances Arrey Ferguson

EXHIBIT W