**Outlook**

**Cory Elliot - Attn: Honorable Judge Cristian Stevens**

**From** Jasminn Jones
**Date** Sun 1/25/2026 3:05 PM

Dear Honorable Judge Cristian Stevens,
My name is Jasminn Jones, and I am writing in support of Cory Elliot. I have known her for 5 years and would like to share my perspective on her character and the person I know her to be.

I was fortunate to meet Cory during the COVID-19 pandemic, at a time when her leadership and commitment to uplifting others were already being recognized. As a Black woman business owner in the construction industry, an industry where representation is limited, she stood out not only for her professional accomplishments, but for her dedication to mentoring and empowering young women. Even during a virtual recognition ceremony, her passion for giving back and creating opportunities for others was evident, and I looked forward to connecting with her personally when circumstances allowed.

When we later met in person, Cory immediately made me feel welcomed and supported. She was open, genuine, and generous with her time, offering both professional and personal guidance despite her demanding schedule. Her willingness to invest in others, even while managing significant responsibilities of her own, demonstrated her deep commitment to paying it forward. What began as a mentorship naturally grew into a meaningful friendship rooted in trust and mutual respect.

Cory has been widely recognized for her leadership and excellence in business, including being honored at the Athena Leadership Foundation Luncheon and the MBDA Women's Business Leaders Award Brunch. I was grateful that she extended an invitation to me to witness her recognition and speech. Beyond formal recognition, she consistently supports and encourages others. She has provided guidance during pivotal moments in my own professional journey, shared resources that have had a lasting impact on my personal growth, and showed up to support my achievements. These actions reflect her character and her genuine desire to see others succeed.

I have also witnessed Cory balance the demands of running a business with caring for her family, approaching both with responsibility, integrity, and determination. Her humility, work ethic, and generosity make her a role model to many women, particularly those aspiring to leadership roles. She has created spaces for connection and mentorship, bringing together young leaders to foster community, encouragement, and growth.

I am deeply grateful to know Cory and to continue benefiting from her presence in my life. She adds meaningful value to our community through her leadership, mentorship, and service to others. I respectfully ask the Court to consider her positive influence, character, and contributions when determining her sentence, and to extend fairness and compassion in its decision.

Thank you,
Jasminn Jones

EXHIBIT X