January 21, 2026

The Honorable Judge Cristian Stevens
United States District Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

Dear Honorable Judge Stevens,

My name is Stacee McKinley, and I am writing to you today to share a perspective on Coretta (Cory) Elliott that spans over 33 years of deep, personal friendship. We're sisters, not by blood, but through the lifelong bond of Delta Sigma Theta Sorority, Inc. Our sisterhood is built on the pillars of scholarship, public service, and community, and in all the years I've known Cory, she hasn't just followed those principles; she's lived them.

When I think of Cory, the word that comes to mind immediately is integrity. To me, integrity is about what a person does when no one is watching and when there's nothing for them to gain. I have seen Cory demonstrate this repeatedly, often putting the needs of others far above her own comfort.

A few years ago, one of our sorority sisters was terminally ill with cancer. The burden of care fell almost entirely on her young daughter, who was struggling both emotionally and financially. While many of us helped where we could between our own busy lives, Cory was the one who truly stepped up. She took the lead without being asked, quietly providing the daughter with the support she needed and ensuring our sister spent her final days in comfort and dignity. She didn't do it for recognition; she did it because it was the right thing to do.

On a personal level, I experienced Cory's unwavering compassion when my mother passed away unexpectedly just before Christmas in 2022. During one of the darkest times of my life, Cory was there. She didn't just send a card; she was physically there, sitting with me, comforting me, and checking in constantly to make sure I was doing the best that I could.

What is most telling about Cory's character is how she conducts herself when she is the one suffering. Even after the devastating house fire that left her injured and facing a long road of surgeries, rehabilitation, and intense therapy, her first instinct was still to care for others. While she was amid her own recovery, she was still reaching out to our sisters who were grieving or sick, offering them words of encouragement, prayers, and strength.

Cory is a woman of substance who has spent her life showing up for people in their hardest moments. I believe her history of altruism and her genuine dedication to her community reflect who she truly is at her core.

I respectfully ask that the Court consider her lifelong commitment to helping others and show leniency, a fair and compassionate sentence. Thank you for taking the time to read about the Cory I know and love.

Sincerely,

Stacee McKinley

EXHIBIT Y