
**Letter of Support**

From Tracy Verner
Date Wed 1/21/2026 5:38 PM

Honorable Judge Cristian Stevens,
US District Court of Missouri, Eastern District,

I feel compelled to write a letter of support on behalf of Cori Elliot.
I'm sure you will receive many, so I will keep it brief.

I've known Ms Elliot for almost 15 years and there is so much I could say about the kind and sincere friend she is; I could offer examples of how she's helped friends through surgeries and cancer, and how she was always so generous with her time and finances with community members who were going through hard times. I personally know that she helped one of our friends pay bills when she was in between jobs, another she helped financially after Multiple Sclerosis fully disabled her.

I could go on about the loving, beautiful, dedicated, and honorable mother she is, and how deeply her children love her. About how important it is for her to stay in their lives consistently, especially after they have had so much hardship to overcome recently! 2025 was so hard on Ms. Elliot and her children. Her children rallied to take care of her and all of the family business while Ms Elliot was in an induced coma and throughout recovery. Shortly after the tragic accident, I spoke to her middle son telling him that his Momma would be so proud of how they were taking care of her- He told me that it's the least they could do after all the ways she has taken care of them! Her children's enduring love for her is a testament to the kind of woman she is.

I will instead shed light on the respected and upstanding businesswoman I've consistently witnessed her to be.
Ms Elliot and I met through mutual community empowerment initiatives. She was introduced to me as a woman of integrity, and I have only ever observed her working in ways that demonstrate a high level of respectability and decorum. Through my own community empowerment work I sometimes worked at the Non-Profit Business Lending Center, Justine Petersen. Justine Petersen is a Small Business Loan Fund. They also provide support and credit building opportunities- I sometimes provide Financial Literacy to their clients. While attending an event there, everyone spoke of her dedication to paying off her business loans, that her books were managed well, that she cared a great deal for the integrity of her business and her relationships with lending partners so much that they all gained a high level of respect for her. She served as a mentor to young women in business, donated time, and money to meaningful fundraisers, and I have only ever observed her using her influence for good.

I was absolutely shocked to hear that she was to be sentenced for something fraudulent because there has never, in almost 15 years, among various circles of influence, ever been even a hint or whisper of any maleficence.
I'm still incredibly grateful to know Ms Elliot.
I believe that even after her sentencing, she will somehow rise above this chapter in her story, learn a lesson that will ultimately teach others, and will continue to make a positive impact in St Louis, because that's who she is.

I respectfully ask the honorable court to take this into deliberation when considering sentencing.
I'm incredible grateful for your time.
Sincerely,

**Tracy Verner**
Community Development Manager



*Notice: This e-mail message (including any attachments) may contain confidential and privileged information, and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution of this email or its attachments is strictly prohibited. If you are not the intended recipient, please notify the sender by replying to this e-mail message, and permanently destroy all copies of the original message.*

EXHIBIT Z