Outlook

**Letter of Support**

Date  Mon 1/19/2026 11:09 PM

The Honorable Judge Cristian Stevens

U.S. District Court

Eastern District of Missouri

Dear Judge Stevens,

My name is Jenita Hladyshewsky, and I am writing this letter in support of Cory Elliott, whom I have known as both a friend and a colleague for more than eight years. Over that time, Cory has been a steady, caring, and deeply principled presence in my life and in the lives of many others.

I came to know Cory through our shared professional and community connections in the St. Louis area. From the very beginning, she stood out as someone who leads with heart, thoughtfulness, and integrity. Cory has long been regarded as a woman of strong character and goodwill—especially within the community of businesswomen—where she has often been looked to for guidance, support, and example.

On a personal level, Cory has been there for me during times when I truly needed someone to lean on. During a particularly challenging

season in my life, Cory showed up in ways that went far beyond words. She listened without judgment, checked in consistently, and offered steady encouragement when I felt overwhelmed. Her support was genuine and unwavering, and it helped me feel grounded and supported when I needed it most. That kind of presence is rare, and it left a lasting impact on me.

I have also personally witnessed Cory's integrity and care in how she treated her employees. She consistently led with respect and compassion, ensuring her team felt valued and heard. When challenges arose, Cory took responsibility and handled matters with honesty and fairness. She advocated for her employees, treated them with dignity, and fostered a workplace culture rooted in mutual respect. The impact of this leadership was clear in the trust and loyalty she inspired.

Beyond her personal and professional relationships, Cory has always shown deep care for her community. She has quietly helped others—often without recognition—by offering guidance, encouragement, and practical support during difficult times. She is frequently sought out as someone people trust, someone who listens, and someone who genuinely wants to help. Her influence within the St. Louis community, particularly among women in business, reflects the kind of person she is: thoughtful, supportive, and committed to lifting others up.

Even during times of personal hardship, Cory continued to show up for others with resilience and grace. That consistency speaks volumes about her character and her sense of responsibility toward the people in her life.

Based on my years of knowing Cory and witnessing her actions firsthand, I believe she is a person of integrity, accountability, and compassion. I respectfully ask the Court to consider leniency and a fair and compassionate sentence based on the person I know and the positive impact she has had on those around her.

Thank you for your time and thoughtful consideration.

Respectfully,

Jenita Hladyshewsky

Jenita Hladyshewsky