The Honorable Judge Cristian Stevens
United States District Court
Eastern District of Missouri

Dear Judge Stevens,

My name is Dr. Joelle MW McIntosh, and I am a veteran educator with over 25 years of experience in public education. I currently serve as a Career and Technical Education teacher at ▮▮▮▮▮ in the School District of ▮▮▮▮▮. I write this letter in support of Ms. Coretta (Cory) Ann Miller Elliott, whom I have known personally for more than three decades.

I met Cory in 1992 when we joined Delta Sigma Theta Sorority, Incorporated, Alpha Omega St. Louis City-Wide Chapter. Over the past 30 years, I have consistently observed her character, values, and conduct across personal, professional, and service-oriented settings.

One of the most defining aspects of Cory's character is her unwavering commitment to sisterhood and service. I have personally witnessed her support multiple sorority members during periods of illness, loss, and major life transitions. In one particularly meaningful instance, when our line sister, S. W▮▮▮ was receiving hospice care due to terminal cancer, Cory took the initiative to coordinate meals and provide ongoing support to both our sister and her daughter. She did this quietly and without expectation of recognition—simply identifying a need and responding with compassion. Her actions eased the family's burden and preserved dignity during an incredibly vulnerable time.

Beyond organizational service, Cory has also served as a steady mentor and source of guidance to me as a wife and mother. During difficult periods in my marriage and while navigating mental health challenges affecting my daughters, she offered thoughtful counsel, a listening ear, and calm reassurance grounded in lived experience. I observed her consistently model patience, resilience, and empathy. Her presence during those seasons provided stability and hope for me and my family when circumstances felt overwhelming.

Based on my long-standing relationship with Cory, I know her to be a person of integrity, accountability, leadership, and compassion. She has positively impacted the lives of others and understands the importance of responsibility, growth, and service.

I respectfully ask the Court to consider leniency and a fair and compassionate sentence based on the person I know and the life she has led in service to others. Thank you for your time and consideration.

Respectfully submitted,

Dr. Joelle MW McIntosh, MBA, Career and Technical Education Teacher, Fulbright Fellow

EXHIBIT BB