January 21, 2026

Honorable Judge Cristian Stevens

U.S. District Court for the Eastern District of Missouri

Dear Honorable Judge Stevens:

I write to offer my strongest support for Cory Elliott, whom I have known for over 30 years across both professional and deeply personal contexts. Cory embodies service and mentorship in ways that have transformed countless lives. As a new member of Delta Sigma Theta Sorority, Inc., she immediately distinguished herself by her unwavering commitment to others—mentoring aspiring young women pursuing careers in health administration, serving meals to the homeless, and consistently showing up when others needed her most. I am among those whose life has been profoundly shaped by her expertise, compassion, and steadfast presence.

The depth of Cory's impact on sisterhood cannot be overstated. Her unwavering reliability and profound sense of community have touched and elevated countless women. When I stepped into my role as superintendent in the School District of ▆▆▆▆▆▆▆▆—facing the immense challenge of leading a system centered on developing people—Cory became an invaluable guide. Her leadership and insight didn't just help me navigate complex professional situations; she taught me how to lead with both strategic excellence and genuine humanity. Her influence has made me a better leader and a better person.

Cory has extraordinary contributions yet to make to her community, her family, and the many people who depend on her guidance and support. The woman I have known for three decades is defined not by this moment, but by thirty years of selfless service, transformative mentorship, and unwavering commitment to lifting others. I respectfully ask the Court to consider leniency and a fair, compassionate sentence based on the person I know.

Sincerely,

*Sharonica L. Hardin-Bartley*

Sharonica L. Hardin-Bartley, PhD, PHR

Superintendent of Schools, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆ CC