Jan 22, 2026

The Honorable Judge Cristian Stevens
U.S. District Court of Eastern Missouri
111 South 10th Street
St. Louis, MO 63102

Judge Stevens:

Please accept this letter of support of Cory Elliott. I know Cory through her volunteer work with Let's Start, a support process for women coming out of prison and for children who have a mother in prison.

Cory Elliott was a volunteer with Let's Start from 2007 to 2016. During that time, she was President of the Board for eight years. Her leadership skills were very evident. She provided opportunities for board recruitment and development; she oversaw the women's group activities and follow up services; she promoted visits for children to their mothers in prison; she actively engaged in fundraising activities; she advocated for fair processes to enable better outcomes for women returning home from their time in prison.

When Cory was involved with Let's Start, I appreciated her generosity by devoting both her time and her resources to the organization. I appreciated that she willingly engaged in one-on-one relationships with the participants. She did all of this with enthusiasm, integrity and graciousness.

I respectfully ask the Court to consider a lenient and compassionate sentence for Cory Elliott.

Sincerely,

Jackie Toben, ssnd

EXHIBIT PP